Order issued April 30, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00428-CV

____________


IN RE JAVIER ABELARDO TORRES, Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Javier Abelardo Torres, has filed a petition for writ of mandamus
asking this Court to order the Texas Department of Criminal Justice - Institutional
Division Board of Classification and Records (TDCJ) to correct his time credits. This
Court has no authority to grant mandamus relief against the TDCJ. There is no basis
for this Court to enforce its jurisdiction. See Tex. Gov't Code Ann. § 22.221(a)
(Vernon Supp. 2002); In re Washington, 7 S.W.3d 181, 182 (Tex. App.-Houston [1st
Dist.] 1999, orig. proceeding). Nor does appellant complain about a district or county
court judge. See Tex. Gov't Code Ann. § 22.221(b) (Vernon Supp. 2002).

 We dismiss the petition for writ of mandamus for want of jurisdiction.

PER CURIAM

Panel consists of Justices Cohen, Jennings, and Radack .

Do not publish. Tex. R. App. P. 47.